# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN TRULIK, | ) Case No. CV 13-5666-JPR |
| | ) |
| Plaintiff, | ) **JUDGMENT** |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying Memorandum and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.


DATED: <u>November 17, 2014</u>     <u>JEAN ROSENBLUTH    </u>
JEAN ROSENBLUTH
U.S. Magistrate Judge